# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RAYE THERESA ZAMMIT,<br><br>      Plaintiff(s),<br><br>v.<br><br>RICHARD SOLOMONS, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00738-JAD-NJK<br><br>**Report and Recommendation** |
| TANYA RENEE ROBERSON,<br><br>      Plaintiff(s),<br><br>v.<br><br>FRANK GIUNTA,<br><br>      Defendant(s). | Case No. 2:21-cv-00740-JAD-NJK<br><br>**Report and Recommendation** |
| AARON JOHN DEVRIES, et al.,<br><br>      Plaintiff(s),<br><br>v.<br><br>JASON MIKKELSEN,<br><br>      Defendant(s). | Case No. 2:21-cv-00741-JAD-NJK<br><br>**Report and Recommendation** |
| ALESA LYN HART,<br><br>      Plaintiff(s),<br><br>v.<br><br>DAVID SIMON, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00742-JAD-NJK<br><br>**Report and Recommendation** |

| | |
|---|---|
| BAHAELDEEN JACKNOON,<br><br>        Plaintiff(s),<br><br>v.<br><br>FLORENCE J. ARM,<br><br>        Defendant(s). | Case No. 2:21-cv-00743-JAD-NJK<br><br>**Report and Recommendation** |
| ALESA LYN HART,<br><br>        Plaintiff(s),<br><br>v.<br><br>PELICAN PLAZA MANAGEMENT<br>COMPANY, LLC, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00744-JAD-NJK<br><br>**Report and Recommendation** |
| BARBARA J. STRUTHERS,<br><br>        Plaintiff(s),<br><br>v.<br><br>MORTON SCHAPIRO, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00745-JAD-NJK<br><br>**Report and Recommendation** |
| ALESA LYN HART,<br><br>        Plaintiff(s),<br><br>v.<br><br>NATHAN BENDERSON,<br><br>        Defendant(s). | Case No. 2:21-cv-00746-JAD-NJK<br><br>**Report and Recommendation** |
| BECKY BARNES-BOERS,<br><br>        Plaintiff(s),<br><br>v.<br><br>FIRST STREET SCHOOL, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00747-JAD-NJK<br><br>**Report and Recommendation** |

| | |
|---|---|
| ALESA LYNN HART,<br><br>   Plaintiff(s),<br><br>v.<br><br>STEPHEN F. LOVELL,<br><br>   Defendant(s). | Case No. 2:21-cv-00748-JAD-NJK<br><br>**Report and Recommendation** |
| BETTY J. BENNING,<br><br>   Plaintiff(s),<br><br>v.<br><br>GARY C. MOHR, et al.,<br><br>   Defendant(s). | Case No. 2:21-cv-00749-JAD-NJK<br><br>**Report and Recommendation** |
| ALESA LYN HART,<br><br>   Plaintiff(s),<br><br>v.<br><br>MARY DILLON, et al.,<br><br>   Defendant(s). | Case No. 2:21-cv-00750-JAD-NJK<br><br>**Report and Recommendation** |
| ELEANOR CLAIRE D'AMICO,<br><br>   Plaintiff(s),<br><br>v.<br><br>RITE AID STORE #10640, MANAGER, et al.,<br><br>   Defendant(s). | Case No. 2:21-cv-00751-JAD-NJK<br><br>**Report and Recommendation** |
| ALESA LYN HART,<br><br>   Plaintiff(s),<br><br>v.<br><br>ARNE SORENSON, et al.,<br><br>   Defendant(s). | Case No. 2:21-cv-00752-JAD-NJK<br><br>**Report and Recommendation** |

| ELEANOR CLAIRE D'AMICO, | Case No. 2:21-cv-00753-JAD-NJK |
|---|---|
| Plaintiff(s), | **Report and Recommendation** |
| v. | |
| MACY'S GENERAL MANAGER, et al., | |
| Defendant(s). | |
| TENNILLE IRENE HOUSTON, | Case No. 2:21-cv-00754-JAD-NJK |
| Plaintiff(s), | **Report and Recommendation** |
| v. | |
| BRIAN BEAN, et al., | |
| Defendant(s). | |
| AMORINE LEWIS, | Case No. 2:21-cv-00755-JAD-NJK |
| Plaintiff(s), | **Report and Recommendation** |
| v. | |
| ROSSMORE PARK HOA PRESIDENT, et al., | |
| Defendant(s). | |
| ELEANOR CLARE D'AMICO, | Case No. 2:21-cv-00756-JAD-NJK |
| Plaintiff(s), | **Report and Recommendation** |
| v. | |
| U.S. POST OFFICE, MANAGER, et al., | |
| Defendant(s). | |
| TERESA ANN MCCONNELL, | Case No. 2:21-cv-00757-JAD-NJK |
| Plaintiff(s), | **Report and Recommendation** |
| v. | |
| TERESA PARKHURST, | |
| Defendant(s). | |

| | |
|---|---|
| ELEANOR CLAIRE D'AMICO,<br><br>       Plaintiff(s),<br><br>v.<br><br>BED, BATH & BEYOND, et al.,<br><br>       Defendant(s). | Case No. 2:21-cv-00758-JAD-NJK<br><br>**Report and Recommendation** |
| TERRI JAYNE READ,<br><br>       Plaintiff(s),<br><br>v.<br><br>HOLIDAY INN CLUB VACATIONS, et al.,<br><br>       Defendant(s). | Case No. 2:21-cv-00759-JAD-NJK<br><br>**Report and Recommendation** |
| ELEANOR CLAIRE D'AMICO,<br><br>       Plaintiff(s),<br><br>v.<br><br>HUNTINGTON HOSPITAL, et al.,<br><br>       Defendant(s). | Case No. 2:21-cv-00760-JAD-NJK<br><br>**Report and Recommendation** |
| AMY DEANNA HOOD,<br><br>       Plaintiff(s),<br><br>v.<br><br>JOHN C. MALONE, et al.,<br><br>       Defendant(s). | Case No. 2:21-cv-00761-JAD-NJK<br><br>**Report and Recommendation** |
| ELEANOR CLARE D'AMICO,<br><br>       Plaintiff(s),<br><br>v.<br><br>WALT WHITMAN SHOPS, et al.,<br><br>       Defendant(s). | Case No. 2:21-cv-00762-JAD-NJK<br><br>**Report and Recommendation** |

| | |
|---|---|
| THOMAS K. BEADLING,<br><br>      Plaintiff(s),<br><br>v.<br><br>JENNIFER CUTHBERT, et al.,<br>      Defendant(s). | Case No. 2:21-cv-00763-JAD-NJK<br><br>**Report and Recommendation** |
| ANDY SEEMAN,<br><br>      Plaintiff(s),<br><br>v.<br><br>MATTHEW JOBLON, et al.,<br>      Defendant(s). | Case No. 2:21-cv-00764-JAD-NJK<br><br>**Report and Recommendation** |
| ELEANOR CLAIRE D'AMICO,<br><br>      Plaintiff(s),<br><br>v.<br><br>COSTCO WHOLESALE, et al.,<br>      Defendant(s). | Case No. 2:21-cv-00766-JAD-NJK<br><br>**Report and Recommendation** |
| ELEANOR CLAIRE D'AMICO,<br><br>      Plaintiff(s),<br><br>v.<br><br>THE HOME DEPOT, et al.,<br>      Defendant(s). | Case No. 2:21-cv-00767-JAD-NJK<br><br>**Report and Recommendation** |
| ELEANOR CLAIRE D'AMICO,<br><br>      Plaintiff(s),<br><br>v.<br><br>STOP & SHOP, et al.,<br>      Defendant(s). | Case No. 2:21-cv-00769-JAD-NJK<br><br>**Report and Recommendation** |

| | |
|---|---|
| ELEANOR CLAIRE D'AMICO,<br><br>       Plaintiff(s),<br><br>v.<br><br>STAPLES, et al.,<br><br>       Defendant(s). | Case No. 2:21-cv-00771-JAD-NJK<br><br>**Report and Recommendation** |
| T.R.J., et al.,<br><br>       Plaintiff(s),<br><br>v.<br><br>MR. ANDREY KRUGLYKIN, et al.,<br><br>       Defendant(s). | Case No. 2:21-cv-00772-JAD-NJK<br><br>**Report and Recommendation** |
| ANNE ELIZABETH FERRANTE,<br><br>       Plaintiff(s),<br><br>v.<br><br>SC INVESTMENTS LAS VEGAS INC., et al.,<br><br>       Defendant(s). | Case No. 2:21-cv-00774-JAD-NJK<br><br>**Report and Recommendation** |
| C.C.H., et al.,<br><br>       Plaintiff(s),<br><br>v.<br><br>DELLCOR MANAGEMENT, INC.,<br><br>       Defendant(s). | Case No. 2:21-cv-00775-JAD-NJK<br><br>**Report and Recommendation** |
| JENNIFER C. MUELLER,<br><br>       Plaintiff(s),<br><br>v.<br><br>TERRY MANUEL, et al.,<br><br>       Defendant(s). | Case No. 2:21-cv-00776-JAD-NJK<br><br>**Report and Recommendation** |

| | |
|---|---|
| ANTHONY JOHN AMORELLO,<br><br>        Plaintiff(s),<br><br>v.<br><br>DOUGLAS A. KESSLER, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00777-JAD-NJK<br><br>**Report and Recommendation** |
| TRICHELE REESE,<br><br>        Plaintiff(s),<br><br>v.<br><br>TISHMAN SPEYER PROPERTIES, LP, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00778-JAD-NJK<br><br>**Report and Recommendation** |
| JOHN DONALD MESZAROS, et al.,<br><br>        Plaintiff(s),<br><br>v.<br><br>INTERVAL INTERNATIONAL, INC., et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00779-JAD-NJK<br><br>**Report and Recommendation** |
| VALERIE BATCHELOR, et al.,<br><br>        Plaintiff(s),<br><br>v.<br><br>CHRISTOPHER J. NASSETTA, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00780-JAD-NJK<br><br>**Report and Recommendation** |
| CAROL A. WILLIAMS,<br><br>        Plaintiff(s),<br><br>v.<br><br>EXTENDED STAY OF AMERICA ATLANTA MANAGER, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00781-JAD-NJK<br><br>**Report and Recommendation** |

| | |
|---|---|
| JOHN SMITH WILLIAMS,<br><br>      Plaintiff(s),<br><br>v.<br><br>MICHAEL W. BRYANT,<br><br>      Defendant(s). | Case No. 2:21-cv-00782-JAD-NJK<br><br>**Report and Recommendation** |
| WILLIAM FREDERICK SAAR,<br><br>      Plaintiff(s),<br><br>v.<br><br>STEVEN B. TANGER, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00783-JAD-NJK<br><br>**Report and Recommendation** |
| JUDY KAY KATZ,<br><br>      Plaintiff(s),<br><br>v.<br><br>MOLINE POST OFFICE POSTMASTER, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00784-JAD-NJK<br><br>**Report and Recommendation** |
| JULIE SIKORSKY,<br><br>      Plaintiff(s),<br><br>v.<br><br>DAVID JEFFREY, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00785-JAD-NJK<br><br>**Report and Recommendation** |
| JASON CLARK,<br><br>      Plaintiff(s),<br><br>v.<br><br>MOTORWORLD AUTOMOTIVE GROUP, INC., et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00786-JAD-NJK<br><br>**Report and Recommendation** |

| | |
|---|---|
| JAMES MARTIN WOLF,<br><br>     Plaintiff(s),<br><br>v.<br><br>RICHARD SOLOMONS, et al.,<br><br>     Defendant(s). | Case No. 2:21-cv-00789-JAD-NJK<br><br>**Report and Recommendation** |
| JAN SNELL HOUSTON,<br><br>     Plaintiff(s),<br><br>v.<br><br>WALMART SUPERCENTER MANAGER,<br>et al.,<br><br>     Defendant(s). | Case No. 2:21-cv-00790-JAD-NJK<br><br>**Report and Recommendation** |
| JAN SNELL HOUSTON,<br><br>     Plaintiff(s),<br><br>v.<br><br>DEKALB REGIONAL MEDICAL<br>CENTER, et al.,<br><br>     Defendant(s). | Case No. 2:21-cv-00791-JAD-NJK<br><br>**Report and Recommendation** |
| JANET J. MCALISTER,<br><br>     Plaintiff(s),<br><br>v.<br><br>JACK MILLER, et al.,<br><br>     Defendant(s). | Case No. 2:21-cv-00792-JAD-NJK<br><br>**Report and Recommendation** |
| JANETTE PIRIE,<br><br>     Plaintiff(s),<br><br>v.<br><br>DRD HOSPITALITY, INC., et al.,<br><br>     Defendant(s). | Case No. 2:21-cv-00793-JAD-NJK<br><br>**Report and Recommendation** |

| | |
|---|---|
| JASON CLARK,<br><br>        Plaintiff(s),<br><br>v.<br><br>JOHN LILLY, M.D., et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00794-JAD-NJK<br><br>**Report and Recommendation** |
| JASON CLARK,<br><br>        Plaintiff(s),<br><br>v.<br><br>PAUL J. WITT,<br><br>        Defendant(s). | Case No. 2:21-cv-00795-JAD-NJK<br><br>**Report and Recommendation** |
| ELEANOR CLAIRE D'AMICO,<br><br>        Plaintiff(s),<br><br>v.<br><br>TARGET HUNTINGTON MANAGER, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00796-APG-NJK<br><br>**Report and Recommendation** |
| ELEANOR CLAIRE D'AMICO,<br><br>        Plaintiff(s),<br><br>v.<br><br>KETEWOMOKE YACHT CLUB,<br><br>        Defendant(s). | Case No. 2:21-cv-00797-JAD-NJK<br><br>**Report and Recommendation** |
| ELEANOR CLAIRE D'AMICO,<br><br>        Plaintiff(s),<br><br>v.<br><br>TOWN OF HUNTINGTON, NY, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00798-JAD-NJK<br><br>**Report and Recommendation** |

| | |
|---|---|
| ELEANOR CLARE D'AMICO,<br><br>      Plaintiff(s),<br><br>v.<br><br>KMART STORE #9381 MANAGER, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00800-JAD-NJK<br><br>**Report and Recommendation** |
| HEATHER RENEE NANCE,<br><br>      Plaintiff(s),<br><br>v.<br><br>DAVE KING, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00801-JAD-NJK<br><br>**Report and Recommendation** |
| HEATHER RENEE NANCE,<br><br>      Plaintiff(s),<br><br>v.<br><br>STEPHEN P. JOYCE, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00802-JAD-NJK<br><br>**Report and Recommendation** |
| DEBRA L. HUGHSON,<br><br>      Plaintiff(s),<br><br>v.<br><br>DAVID KONG, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00803-JAD-NJK<br><br>**Report and Recommendation** |
| DENNIS J. TROCCIOLA,<br><br>      Plaintiff(s),<br><br>v.<br><br>PRC GROUP, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00804-JAD-NJK<br><br>**Report and Recommendation** |

| | |
|---|---|
| DIANE QUACKENBUSH,<br><br>　　　　　Plaintiff(s),<br><br>v.<br><br>JOEY DECUFFA, et al.,<br><br>　　　　　Defendant(s). | Case No. 2:21-cv-00805-JAD-NJK<br><br>**Report and Recommendation** |
| DOMINIC L. MAZZONE, JR.,<br><br>　　　　　Plaintiff(s),<br><br>v.<br><br>JANET MOLLEN, et al.,<br><br>　　　　　Defendant(s). | Case No. 2:21-cv-00806-JAD-NJK<br><br>**Report and Recommendation** |
| ELEANOR CLAIRE D'AMICO,<br><br>　　　　　Plaintiff(s),<br><br>v.<br><br>KING KULLEN GENERAL MANAGER, et al.,<br><br>　　　　　Defendant(s). | Case No. 2:21-cv-00807-JAD-NJK<br><br>**Report and Recommendation** |
| ELEANOR CLAIRE D'AMICO,<br><br>　　　　　Plaintiff(s),<br><br>v.<br><br>PRIME RESTAURANT MANAGER, et al.,<br><br>　　　　　Defendant(s). | Case No. 2:21-cv-00808-JAD-NJK<br><br>**Report and Recommendation** |
| COREY ADAM HANSON,<br><br>　　　　　Plaintiff(s),<br><br>v.<br><br>MICHAEL BRINDSI, et al.,<br><br>　　　　　Defendant(s). | Case No. 2:21-cv-00809-JAD-NJK<br><br>**Report and Recommendation** |

| | |
|---|---|
| CHRISTINA EARHEART,<br><br>      Plaintiff(s),<br><br>v.<br><br>RICHARD SOLOMONS,<br><br>      Defendant(s). | Case No. 2:21-cv-00810-JAD-NJK<br><br>**Report and Recommendation** |
| GARTH A. LEONARD,<br><br>      Plaintiff(s),<br><br>v.<br><br>U.S. POSTAL SERVICES POSTMASTER,<br>et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00811-JAD-NJK<br><br>**Report and Recommendation** |
| CYNTHIA GATES,<br><br>      Plaintiff(s),<br><br>v.<br><br>WAYNE B. GOLDBERG, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00812-JAD-NJK<br><br>**Report and Recommendation** |
| GINA B. WILLIAMS,<br><br>      Plaintiff(s),<br><br>v.<br><br>ALEX C. CABANAS, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00813-JAD-NJK<br><br>**Report and Recommendation** |
| CYNTHIA GATES,<br><br>      Plaintiff(s),<br><br>v.<br><br>CARNIVAL CORPORATION & PLC, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00814-JAD-NJK<br><br>**Report and Recommendation** |

| | |
|---|---|
| DALE AUSTIN STOPP, <br><br> Plaintiff(s), <br><br> v. <br><br> ANDY FOLEY, <br><br> Defendant(s). | Case No. 2:21-cv-00815-JAD-NJK <br><br> **Report and Recommendation** |
| DAVID ALAN FIELDSEND, <br><br> Plaintiff(s), <br><br> v. <br><br> LA QUINTA HOLDINGS, et al., <br><br> Defendant(s). | Case No. 2:21-cv-00816-JAD-NJK <br><br> **Report and Recommendation** |
| DAVID J. WHITE, <br><br> Plaintiff(s), <br><br> v. <br><br> MICHEL T. REYNOLDS, et al., <br><br> Defendant(s). | Case No. 2:21-cv-00817-JAD-NJK <br><br> **Report and Recommendation** |
| DAVID HIGGINBOTHAM, <br><br> Plaintiff(s), <br><br> v. <br><br> FEDEX CORPORATION, et al., <br><br> Defendant(s). | Case No. 2:21-cv-00818-JAD-NJK <br><br> **Report and Recommendation** |
| DAVID HIGGINBOTHAM, <br><br> Plaintiff(s), <br><br> v. <br><br> CAROL Z. GARRISON, et al., <br><br> Defendant(s). | Case No. 2:21-cv-00819-JAD-NJK <br><br> **Report and Recommendation** |

| | |
|---|---|
| DAVID HIGGINBOTHAM,<br><br>      Plaintiff(s),<br><br>v.<br><br>BIRMINGHAM CITY HALL, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00820-JAD-NJK<br><br>**Report and Recommendation** |
| KATHERINE MARY TROTTIER,<br><br>      Plaintiff(s),<br><br>v.<br><br>DAVID J.G. BLACKMORE, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00821-JAD-NJK<br><br>**Report and Recommendation** |
| KATHERINE MARY TROTTIER,<br><br>      Plaintiff(s),<br><br>v.<br><br>STEVE EASTERBROOK, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00823-JAD-NJK<br><br>**Report and Recommendation** |
| KELLY-ANN LARSON,<br><br>      Plaintiff(s),<br><br>v.<br><br>TRIPLE FIVE GROUP GHERMEZIAN BROTHERS,<br><br>      Defendant(s). | Case No. 2:21-cv-00824-JAD-NJK<br><br>**Report and Recommendation** |
| KENNETH M. MERONEY,<br><br>      Plaintiff(s),<br><br>v.<br><br>CHRISTOPHER J. NASSETTA, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00825-JAD-NJK<br><br>**Report and Recommendation** |

| | |
|---|---|
| KENNETH MERONY,<br><br>         Plaintiff(s),<br><br>v.<br><br>CHRISTOPHER J. NASSETTA, et al.,<br><br>         Defendant(s). | Case No. 2:21-cv-00826-JAD-NJK<br><br>**Report and Recommendation** |
| KRISTEN RICHMOND,<br><br>         Plaintiff(s),<br><br>v.<br><br>VALLEY VIEW ELEMENTARY SCHOOL,<br><br>         Defendant(s). | Case No. 2:21-cv-00827-JAD-NJK<br><br>**Report and Recommendation** |
| LAURA BARTEL,<br><br>         Plaintiff(s),<br><br>v.<br><br>CHOICE HOTELS INTERNATIONAL,<br>INC., et al.,<br><br>         Defendant(s). | Case No. 2:21-cv-00828-JAD-NJK<br><br>**Report and Recommendation** |
| LAURA BARTEL,<br><br>         Plaintiff(s),<br><br>v.<br><br>BEST WESTERN CORPORATE OFFICE<br>AND HEADQUARTERS, et al.,<br><br>         Defendant(s). | Case No. 2:21-cv-00829-JAD-NJK<br><br>**Report and Recommendation** |
| LAURA BARTEL,<br><br>         Plaintiff(s),<br><br>v.<br><br>WYNDHAM WORLDWIDE<br>CORPORATION, et al.,<br><br>         Defendant(s). | Case No. 2:21-cv-00830-JAD-NJK<br><br>**Report and Recommendation** |

| | |
|---|---|
| LAURA BARTEL,<br><br>      Plaintiff(s),<br><br>v.<br><br>LA QUINTA HOLDINGS, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00832-JAD-NJK<br><br>**Report and Recommendation** |
| LAURA BETA GRABER,<br><br>      Plaintiff(s),<br><br>v.<br><br>U.S. POSTAL SERVICES, POSTMASTER GENERAL, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00833-JAD-NJK<br><br>**Report and Recommendation** |
| LAURA XIRENA GONZALEZ,<br><br>      Plaintiff(s),<br><br>v.<br><br>DANNY GUTIERREZ, SR., et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00834-JAD-NJK<br><br>**Report and Recommendation** |
| LAURALEE TYLER,<br><br>      Plaintiff(s),<br><br>v.<br><br>BEAR MOUNTAIN STATE PARK, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00836-JAD-NJK<br><br>**Report and Recommendation** |
| LINDA SUE WITTUM,<br><br>      Plaintiff(s),<br><br>v.<br><br>TRAVIS JANTZEN, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00838-JAD-NJK<br><br>**Report and Recommendation** |

| | |
|---|---|
| LINK J. CHANEY,<br><br>        Plaintiff(s),<br><br>v.<br><br>JIMMY HENSON,<br><br>        Defendant(s). | Case No. 2:21-cv-00840-JAD-NJK<br><br>**Report and Recommendation** |
| LUCRECIA PEREZ,<br><br>        Plaintiff(s),<br><br>v.<br><br>STUART D. GOLDSTEIN, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00841-JAD-NJK<br><br>**Report and Recommendation** |
| MARK ALLAN UNTERSCHER,<br><br>        Plaintiff(s),<br><br>v.<br><br>STEPHEN P. HOLMES, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00842-JAD-NJK<br><br>**Report and Recommendation** |
| MARK ALLAN UNTERSEHER,<br><br>        Plaintiff(s),<br><br>v.<br><br>HOLIDAY INN CLUB VACATIONS, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00845-JAD-NJK<br><br>**Report and Recommendation** |
| MARLA DEWALT SUMMEY,<br><br>        Plaintiff(s),<br><br>v.<br><br>ST. PAUL'S EPISCOPAL SCHOOL BOARD CHAIRMAN AND SCHOOL RECTOR, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00846-JAD-NJK<br><br>**Report and Recommendation** |

| | |
|---|---|
| MARLA DEWALT SUMMEY,<br><br>     Plaintiff(s),<br><br>v.<br><br>TAMMY WEBB, et al.,<br><br>     Defendant(s). | Case No. 2:21-cv-00847-JAD-NJK<br><br>**Report and Recommendation** |
| MARY BETH ENGLUND,<br><br>     Plaintiff(s),<br><br>v.<br><br>KARYN HUEMOELLER, et al.,<br><br>     Defendant(s). | Case No. 2:21-cv-00849-JAD-NJK<br><br>**Report and Recommendation** |
| PATRICK CHARLES PARKER,<br><br>     Plaintiff(s),<br><br>v.<br><br>JOHN ADAMS, et al.,<br><br>     Defendant(s). | Case No. 2:21-cv-00850-JAD-NJK<br><br>**Report and Recommendation** |
| PAUL ALLEN TAYLOR,<br><br>     Plaintiff(s),<br><br>v.<br><br>GENE IMEL, et al.,<br><br>     Defendant(s). | Case No. 2:21-cv-00851-JAD-NJK<br><br>**Report and Recommendation** |
| MARYANNE CHRISTINA PIENTA,<br><br>     Plaintiff(s),<br><br>v.<br><br>ANTHONY CLARK, et al.,<br><br>     Defendant(s). | Case No. 2:21-cv-00852-JAD-NJK<br><br>**Report and Recommendation** |

| | |
|---|---|
| PAUL JAMES CAPASSO,<br><br>        Plaintiff(s),<br><br>v.<br><br>CHRIS ROUSSOS, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00853-JAD-NJK<br><br>**Report and Recommendation** |
| PAULINE VICTORIA AUGHE,<br><br>        Plaintiff(s),<br><br>v.<br><br>ALBERT JEYTE, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00854-JAD-NJK<br><br>**Report and Recommendation** |
| RICK SCHUSSLER,<br><br>        Plaintiff(s),<br><br>v.<br><br>STONEPINE HOA PRESIDENT, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00855-JAD-NJK<br><br>**Report and Recommendation** |
| ROBERT J. GARLOW,<br><br>        Plaintiff(s),<br><br>v.<br><br>RICHARD M. BRACKEN, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00856-JAD-NJK<br><br>**Report and Recommendation** |
| CONNIE CARR,<br><br>        Plaintiff(s),<br><br>v.<br><br>BERKLEY SOUTH CONDOMINIUM<br>ASSOCIATION, INC., et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00857-JAD-NJK<br><br>**Report and Recommendation** |

| | |
|---|---|
| ROBERT WESLEY HENDERSON,<br><br>       Plaintiff(s),<br><br>v.<br><br>CRAIG M. NASH, et al.,<br><br>       Defendant(s). | Case No. 2:21-cv-00858-JAD-NJK<br><br>**Report and Recommendation** |
| ROBIN FLYNN,<br><br>       Plaintiff(s),<br><br>v.<br><br>JOHN Z. KUKRAL, et al.,<br><br>       Defendant(s). | Case No. 2:21-cv-00859-JAD-NJK<br><br>**Report and Recommendation** |
| RONALD LEE PENDLETON,<br><br>       Plaintiff(s),<br><br>v.<br><br>BIGLARI HOLDINGS, et al.,<br><br>       Defendant(s). | Case No. 2:21-cv-00860-JAD-NJK<br><br>**Report and Recommendation** |
| MARY LOU MATHIS,<br><br>       Plaintiff(s),<br><br>v.<br><br>PAUL ALLEN, et al.,<br><br>       Defendant(s). | Case No. 2:21-cv-00861-JAD-NJK<br><br>**Report and Recommendation** |
| MELINDA DIANE SCOTT,<br><br>       Plaintiff(s),<br><br>v.<br><br>ANNA LINNEY,<br><br>       Defendant(s). | Case No. 2:21-cv-00862-JAD-NJK<br><br>**Report and Recommendation** |

| | |
|---|---|
| ROSEMARY RAMIREZ,<br><br>       Plaintiff(s),<br><br>v.<br><br>LA CAZE DEVELOPMENT COMPANY, LLC, et al.,<br><br>       Defendant(s). | Case No. 2:21-cv-00863-JAD-NJK<br><br>**Report and Recommendation** |
| CHARY LYNN HELTON,<br><br>       Plaintiff(s),<br><br>v.<br><br>MICHAEL JENSEN-SILVA, et al.,<br><br>       Defendant(s). | Case No. 2:21-cv-00864-JAD-NJK<br><br>**Report and Recommendation** |
| MELISSA COFFEY,<br><br>       Plaintiff(s),<br><br>v.<br><br>AVA TOLUCA HILLS APARTMENTS,<br><br>       Defendant(s). | Case No. 2:21-cv-00865-JAD-NJK<br><br>**Report and Recommendation** |
| CECIL E. BROWN,<br><br>       Plaintiff(s),<br><br>v.<br><br>BAL HARBOUR CHATEAUX CONDOMINIUM ASSOCIATION, INC., et al.,<br><br>       Defendant(s). | Case No. 2:21-cv-00866-JAD-NJK<br><br>**Report and Recommendation** |
| CONNIE S. YUNA, et al.,<br><br>       Plaintiff(s),<br><br>v.<br><br>CAPITAL RESORTS OCEAN VIEW VACATION VILLAS, et al.,<br><br>       Defendant(s). | Case No. 2:21-cv-00867-JAD-NJK<br><br>**Report and Recommendation** |

| | |
|---|---|
| MICHAEL C. LUCAS,<br><br>     Plaintiff(s),<br><br>v.<br><br>JEFFERSON COUNTY PUBLIC LIBRARY, et al.,<br><br>     Defendant(s). | Case No. 2:21-cv-00868-JAD-NJK<br><br>**Report and Recommendation** |
| NANCY HENDLER,<br><br>     Plaintiff(s),<br><br>v.<br><br>ANDREW ALEXANDER, et al.,<br><br>     Defendant(s). | Case No. 2:21-cv-00869-JAD-NJK<br><br>**Report and Recommendation** |
| NANCY HENDLER,<br><br>     Plaintiff(s),<br><br>v.<br><br>WAL-MART STORES, INC., et al.,<br><br>     Defendant(s). | Case No. 2:21-cv-00870-JAD-NJK<br><br>**Report and Recommendation** |
| MICHAEL W. PARKS,<br><br>     Plaintiff(s),<br><br>v.<br><br>PATRICK H. HAMILL, et al.,<br><br>     Defendant(s). | Case No. 2:21-cv-00871-JAD-NJK<br><br>**Report and Recommendation** |
| NANCY HENDLER,<br><br>     Plaintiff(s),<br><br>v.<br><br>GATOR TOWN INN,<br><br>     Defendant(s). | Case No. 2:21-cv-00872-JAD-NJK<br><br>**Report and Recommendation** |

| | |
|---|---|
| MISTIE CORDES RODES,<br><br>     Plaintiff(s),<br><br>v.<br><br>DORIS VOITIER, et al.,<br><br>     Defendant(s). | Case No. 2:21-cv-00873-JAD-NJK<br><br>**Report and Recommendation** |
| PATRICIA BRANDON,<br><br>     Plaintiff(s),<br><br>v.<br><br>INTERCONTINENTAL HOTELS GROUP (IHG), et al.,<br><br>     Defendant(s). | Case No. 2:21-cv-00874-JAD-NJK<br><br>**Report and Recommendation** |
| PATRICIA BRANDON,<br><br>     Plaintiff(s),<br><br>v.<br><br>SASSY HENRY, et al.,<br><br>     Defendant(s). | Case No. 2:21-cv-00875-JAD-NJK<br><br>**Report and Recommendation** |
| MITCHELL E. NIHART SR.,<br><br>     Plaintiff(s),<br><br>v.<br><br>INDIANA BUREAU OF MOTOR VEHICLES, et al.,<br><br>     Defendant(s). | Case No. 2:21-cv-00876-JAD-NJK<br><br>**Report and Recommendation** |
| SUSAN BRANDWEIN,<br><br>     Plaintiff(s),<br><br>v.<br><br>MEGAN J. BRENNAN, et al.,<br><br>     Defendant(s). | Case No. 2:21-cv-00877-JAD-NJK<br><br>**Report and Recommendation** |

| | |
|---|---|
| STEVEN WAYNE SWEDBERG,<br><br>      Plaintiff(s),<br><br>v.<br><br>KEITH E. SMITH, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00878-JAD-NJK<br><br>**Report and Recommendation** |
| SHELLEY MICHELLE WRIGHT,<br><br>      Plaintiff(s),<br><br>v.<br><br>MARK B. ROSENBERG, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00879-JAD-NJK<br><br>**Report and Recommendation** |
| MITCHELL J. OELLRICH,<br><br>      Plaintiff(s),<br><br>v.<br><br>SIX FLAGS DISCOVERY KINGDOM,<br><br>      Defendant(s). | Case No. 2:21-cv-00880-JAD-NJK<br><br>**Report and Recommendation** |
| SHELDON L. KRESLER, et al.,<br><br>      Plaintiff(s),<br><br>v.<br><br>POMPANO ATLANTIS CONDOMINIUM ASSOCIATION, INC., et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00881-JAD-NJK<br><br>**Report and Recommendation** |
| SHARON L. TOWNSEND,<br><br>      Plaintiff(s),<br><br>v.<br><br>BRUCE A. CORDINGLEY, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00882-JAD-NJK<br><br>**Report and Recommendation** |

| | |
|---|---|
| ROSEMARY SALES,<br><br>   Plaintiff(s),<br><br>v.<br><br>BLACKSTONE GROUP, L.P., et al.,<br><br>   Defendant(s). | Case No. 2:21-cv-00883-JAD-NJK<br><br>**Report and Recommendation** |
| MITCHELL J. OELLRICH,<br><br>   Plaintiff(s),<br><br>v.<br><br>SILVER SMOKE AND LIQUOR STORE,<br><br>   Defendant(s). | Case No. 2:21-cv-00884-JAD-NJK<br><br>**Report and Recommendation** |
| SCOTT D. CHAFFEE,<br><br>   Plaintiff(s),<br><br>v.<br><br>THE BLACKSTONE GROUP L.P., et al.,<br><br>   Defendant(s). | Case No. 2:21-cv-00886-JAD-NJK<br><br>**Report and Recommendation** |
| STEVEN WAYNE SWEDBERG,<br><br>   Plaintiff(s),<br><br>v.<br><br>IRWIN MOLASKY, et al.,<br><br>   Defendant(s). | Case No. 2:21-cv-00887-JAD-NJK<br><br>**Report and Recommendation** |
| SIMONE C. DUVEN,<br><br>   Plaintiff(s),<br><br>v.<br><br>CRAIG M. NASH, et al.,<br><br>   Defendant(s). | Case No. 2:21-cv-00888-JAD-NJK<br><br>**Report and Recommendation** |

| | |
|---|---|
| JAMES MARTIN WOLF,<br><br>          Plaintiff(s),<br><br>v.<br><br>RICHARD SOLOMONS, et al.,<br><br>          Defendant(s). | Case No. 2:21-cv-00895-JAD-NJK<br><br>**Report and Recommendation** |

This is one of 140 cases initiated by Hank Falstad, who identifies himself as an ADA architect. In its order dated May 7, 2021, the Court required Plaintiff to take action should Plaintiff wish to continue with the ligation. In particular, Plaintiff was required to file an amended complaint properly signed either by Plaintiff or by a licensed attorney. In addition, Plaintiff was required to either pay the filing fee or file an application to proceed *in forma pauperis*. The deadline for compliance was set at June 7, 2021. The Court warned that failure to comply with that order may result in dismissal of the case. To date, Plaintiff has not complied with these requirements.

The Federal Rules of Civil Procedure mandate that a complaint initiating a case must be signed by the plaintiff herself or by her attorney. Fed. R. Civ. P. 11(a). "The court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention." *Id.* Moreover, initiating a federal lawsuit generally requires the payment of a filing fee. *See* 28 U.S.C. § 1914(a). To the extent a plaintiff cannot afford to pay the filing fee, she must file an application to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a). When a plaintiff does not pay the filing fee or file an application to proceed *in forma pauperis*, the case may be dismissed. *See*, *e.g.*, *Desai v. Biden*, 2021 WL 38169, at *1 (E.D. Cal. Jan. 5, 2021), *adopted*, 2021 WL 276236 (E.D. Cal. Jan. 27, 2021).

As noted above, there is not a properly signed complaint in this case and that defect has not been cured despite an opportunity to do so. Moreover, Plaintiff has not paid the filing fee or filed an application to proceed *in forma pauperis*.

The undersigned finds that dismissal without prejudice is appropriate under the circumstances. A Court may dismiss an action based on a party's failure to prosecute her case or obey an order. *See*, *e.g.*, *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260–61 (9th Cir. 1992); *Malone v.*

*U.S. Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987); *Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986). In determining whether to dismiss an action on one of these grounds, the Court must consider: (1) the public's interest in expeditious resolution of litigation; (2) the Court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic alternatives. *E.g.*, *Ferdik*, 963 F.2d at 1260–61.

These factors weigh in favor of dismissal here. The first two factors, the public's interest in expeditiously resolving this litigation and the Court's interest in managing its docket, weigh in favor of dismissal. The third factor, risk of prejudice to Defendants, also weighs in favor of dismissal because a presumption of injury arises from the occurrence of unreasonable delay in filing a pleading ordered by the court or prosecuting an action. *See Anderson v. Air West*, 542 F.2d 522, 524 (9th Cir. 1976). A Court's warning to a party that its failure to obey an order will result in dismissal satisfies the fifth factor's "consideration of alternatives" requirement, *see, e.g.*, *Ferdik*, 963 F.2d at 1262, and that warning was given here. The fourth factor, the public policy favoring disposition of cases on their merits, is greatly outweighed by the factors favoring dismissal.

Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice.

Dated: August 3, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

**NOTICE**

This report and recommendation is submitted to the United States District Judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation must file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).